Magistrate Judge J. Richard Creatura

FILED RECEIVED
AUG 04 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL KELLAR and <br> GAIL LYNN BURNWORTH, <br> Defendants. | NO. MJ17- 5127 <br><br> COMPLAINT for VIOLATION <br><br> 18 U.S.C. § 2422(b) and 18 U.S.C. § 2251(a) |

BEFORE, the Honorable J. Richard Creatura, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Attempted Enticement of a Minor)

In or about July 2017, at Tacoma, within the Western District of Washington, and elsewhere, MICHAEL KELLAR, used a facility and means of interstate and foreign commerce, including the internet and a cellular phone, to knowingly persuade, induce, entice, and coerce CV1 and CV2, individuals who had not yet attained the age of 18 years, to engage in sexual activity for which a person can be criminally charged, to include Rape of a Child in the First Degree in violation of RCW § 9A.44.073, and attempted to do so.

COMPLAINT/KELLAR and BURNWORTH - 1
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

### (Conspiracy to Produce Child Pornography)

Beginning on an exact date unknown and continuing until in or about July 2017, at Tacoma, within the Western District of Washington, and elsewhere, MICHAEL KELLAR, GAIL LYNN BURNWORTH, and others known and unknown, knowingly and intentionally conspired to use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and transmitting any live visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and such visual depiction was transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

And the Complainant states that this Complaint is based on the following information:

I, Kyle McNeal, being first duly sworn on oath, depose and say:

## I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been for approximately six years. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I am a graduate of the FBI Academy and have received further specialized training in investigating child pornography and child exploitation crimes. I have also had the opportunity to observe and review examples of

COMPLAINT/KELLAR and BURNWORTH - 2
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

child pornography (as defined in 18 U.S.C. § 2256(8)). At this time, I have been assigned as the South Sound Child Exploitation Task Force (SSCETF) Coordinator and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the exploitation of minors.

2. The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of cooperating witnesses; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

3. Because this Complaint is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that MICHAEL KELLAR committed the offense of Attempted Enticement of a Minor in violation of 18 U.S.C. § 2422(b) and that both KELLAR and GAIL LYNN BURNWORTH conspired to produce child pornography in violation of 18 U.S.C. § 2251(a), (e).

## II. SUMMARY OF PROBABLE CAUSE

4. This investigation originated with the San Jose Police Department, Silicon Valley ICAC Task Force. I reviewed the reports of Det. Nick Jourdenais and have summarized his investigation below:

   a. On July 31, 2017, Det. Jourdenais was dispatched to the San Jose Minetta International Airport. Upon arriving at the airport, he learned that a reporting witness (RW) approached police about an incident that occurred on her flight from Seattle, Washington, to San Jose. RW saw an adult male seated in front of her using a cell phone to text another person. RW became concerned when the messages, which RW could clearly read, appeared to broach the subject of child molestation. RW used her cell phone to take pictures of the suspect's cell phone and his conversation. RW showed the pictures to the police and emailed copies to Det. Jourdenais.

COMPLAINT/KELLAR and BURNWORTH - 3
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  b. Det. Jourdenais reviewed those photos, which showed a conversation between the suspect and someone named "Gail." The suspect and Gail were discussing plans for Gail to video herself pulling down an unknown child's underwear, rubbing the child's genitalia, and sending the video to the suspect. The screen shots also show Gail saying that she needed to wait for "the parents" to be away, and that she had the kids on Sunday.

  c. Det. Jourdenais encountered the suspect, later identified as MICHAEL KELLAR at the airport. After a brief discussion and explanation of RW's concerns, KELLAR agreed to hand over his cell phone and to accompany officers to the San Jose Police Department for an interview. Police transported KELLAR in an unmarked police car. KELLAR was not handcuffed and was told that he was not under arrest. In a recorded interview KELLAR, provided the following information.

  d. KELLAR said he had been traveling from Seattle to San Jose for work. He explained he lived in Tacoma, Washington, and was divorced with two children. KELLAR explained that he wanted to be as helpful as possible. KELLAR said that he could understand RW's concern because the person with whom he was texting was very kinky and the two of them were discussing "scat" videos. In response to the questions about the mention of children, KELLAR explained that Gail lived with K.B. and his wife, and that K.B. had several children, two of whom were "young children."

  e. KELLAR said that the only cell phone that he had on his person was his personal cell phone and that it was locked with a passcode. KELLAR agreed to let the police examine his phone and provided the password.

  f. Det. Jourdenais used a forensic cell phone analysis tool to analyze KELLAR's phone. Included in the forensic report were deleted messages between KELLAR and an unknown cell phone number. At one point during the text exchange, KELLAR refers to the other person as "Gail." Among KELLAR's contacts was an individual named Gail McLean, with an address in Tacoma, Washington, and the phone number 253 441 6440. Among the things requested of Gail were videos of Gail engaged in bestiality, fetish behavior involving feces, and "kid videos."

  g. Based on KELLAR's text conversation as well as his statement, Det. Jourdenais concluded that KELLAR and Gail, later identified as GAIL BURNWORTH xx/xx/1966, were collaborating to molest children, as well as film the assault. At that point, KELLAR was arrested and taken into custody.

  h. Det. Jourdenais contacted Det. Conine from the Seattle Internet Crimes Against Children Task Force for assistance. Det. Conine sent Det. Jourdenais an email that included a picture from GAIL BURNWORTH's driver's license, Washington

COMPLAINT/KELLAR and BURNWORTH - 4
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DL # BURNXXXXXXXX. After being shown this photo, KELLAR identified GAIL BURNWORTH as the person with whom he had been texting.

        i.      KELLAR's interview continued after he was taken into custody and advised of his constitutional rights. Among other things, KELLAR acknowledged being aware that BURNWORTH lived with three minors, two of whom he described as "young," and that he likely had a sexual interest in children. However, when confronted about the specific references to abusing these children, he said he was engaged in fantasy.

    5.      I have reviewed a portion of the text conversation referenced by Det. Jourdenais that took place in late July of 2017. These excerpts reflect, among other things, a conversation between KELLAR and BURNWORTH in which KELLAR and BURNWORTH discuss engaging in sexual acts with a boy and a girl, believed to be CV1 and CV2. KELLAR discusses BURNWORTH performing sex acts on both children and her assisting him in anally raping each child. The two also discuss giving the children Benadryl so they will be unconscious during the abuse. It appears that this exchange is what KELLAR explained to Det. Jourdenais was simply fantasy.

    6.      As noted above, the case was referred to Det. Conine with the Seattle Police Department. I have reviewed a search warrant affidavit prepared by Det. Conine and provide a summary of his investigation below:

        a.      Det. Conine received the case referral from the San Jose Police Department on July 31, 2017. Det. Conine reviewed the photographs of the text conversation between KELLAR and BURNWORTH.

        b.      In one of the photographs taken by RW, BURNWORTH says, "Honey I went ... by taking pics... the kids and th.. when they fall a... sleep I well I will... take the little Girl and then I will hold out her panties and spread her legs and take pictures of her little p**** and then I'll take my finger and gently rub your p**** Very Jack Knight and then I..." (Part of the message was blocked by KELLAR's head.)

        c.      Another photograph depicts an exchange were KELLAR asks, "...you can do this or are you just saying this???" Gail then responds, "No I think I can-do it if I don't have parents over my shoulder or worried about who's going to walk in on me And then on Sunday I will have the kids no parents just kids."

    7.      On July 31, 2017, Det. Conine obtained a search warrant for GAIL LYNN

COMPLAINT/KELLAR and BURNWORTH - 5
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  BURNWORTH and her Tacoma, Washington, residence. Det. Conine also obtained a
2  search warrant for MICHAEL KELLAR's Tacoma, Washington, home. Law
3  enforcement arrived at BURNWORTH's home, which she shares with K.B., A.B., and
4  three minors. Upon arriving at the home, law enforcement learned from the other
5  occupants that BURNWORTH was housesitting at another home just a few blocks away.
6  Upon identifying this home, Det. Conine and I traveled there to interview
7  BURNWORTH.

8.  Upon arriving at this residence, GAIL BURNWORTH opened the door and allowed us to enter. She was concerned, and we advised her that a search warrant was being executed at her residence and that we wished to speak with her about the investigation. BURNWORTH had a cellphone in her hand when she came to the door and as we stepped into the home, she walked over to a couch and sat down next to an open laptop computer, which she said was hers. We advised BURNWORTH that because we were inside a home that did not belong to her, we would prefer to interview her outside in an unmarked van. She agreed to go outside and speak with us.

9.  BURNWORTH's cellphone and laptop computer were seized as evidence. Though she stated she was staying at the home for several days and had other property inside, none of her other belongings, nor any part of the residence were searched by law enforcement.

10.  Det. Conine and I escorted BURNWORTH to an unmarked police van and began the interview, which was audio and video recorded. Though she was advised that she was not under arrest and was not placed in handcuffs, out of an abundance of caution, Det. Conine advised BURNWORTH of her *Miranda* rights, which she said she understood.

11.  During the interview, BURNWORTH admitted that she knew MICHAEL KELLAR and that she had met him in person on multiple occasions. BURNWORTH said that she met KELLAR on match.com about a year ago and that since that time, she has visited his home several times. She confirmed that the two engaged in sexual intercourse

COMPLAINT/KELLAR and BURNWORTH - 6
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and fetish behavior involving feces. She said that several of these encounters were video recorded.

12. After some discussion, BURNWORTH acknowledged that she had a sexual interest in children and that she is attracted to both boys and girls. She said her preference was prepubescent children. BURNWORTH stated that she produced several videos of CV1 in which CV1 was nude. She said that she recorded CV1 when she knew CV1 would be nude or changing in order to avoid drawing attention to her activities. She said she never tried to perform any sexual acts on CV1.

13. BURNWORTH also stated that she sexually assaulted and produced approximately ten depictions of child pornography involving CV2. She said that on multiple occasions, she would bathe CV2 and record those interactions with her cell phone. She said that she also recorded herself touching CV2's chest and digitally penetrating CV2's vagina and anus.

14. BURNWORTH estimated she created as many as fifteen to twenty depictions of CV1 and CV2 in total. She said that after producing these images and videos, she sent them to KELLAR via email. BURNWORTH then deleted the files per the direction of KELLAR.

15. BURNWORTH acknowledged that she had a discussion with KELLAR in which she was arranging a time for KELLAR to have a sexual encounter with CV1 and CV2. Initially, BURNWORTH stated that she would not have sex with the children. When asked if she would touch the children and participate in the encounter, however, BURNWORTH said, "probably." When asked if she would have taken pictures or videos of the encounter, BURNWORTH also said, "probably." BURNWORTH advised that KELLAR ultimately backed out on the arrangement before the appointed time, telling her, "Well, I'm not coming, because I know you won't go through with this." BURNWORTH stated that she did not even have access to CV1 and CV2 at the time she and KELLAR planned the encounter.

COMPLAINT/KELLAR and BURNWORTH - 7
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

16. Despite her initial denial, BURNWORTH ultimately admitted that had the opportunity presented itself, she would have allowed KELLAR to have sexual intercourse with CV1 and that doing so may have required drugging her.

17. As noted above, law enforcement seized BURNWORTH's cell phone upon encountering her. A search of that phone revealed hundreds of text communications between KELLAR and BURNWORTH, including the conversation described above that Det. Jourdenais found on KELLAR's phone. I have copied below an excerpt of the messages recovered from BURNWORTH's phone, which show KELLAR and BURNWORTH formulating a plan to sexually exploit two children and for BURNWORTH to take photos of the abuse. The excerpt also shows the two formulate a plan to drug the children so that KELLAR can rape them. In the messages that follow, messages from KELLAR appear with an "M," and messages from BURNWORTH appear with a "G."

M - 14470 - 7/28/2017 - So who is all there at the house?

G - 14471 - 7/28/2017 - Everyone except my ex husband the grandparents brought the kids back very early this morning

M - 14472 - 7/28/2017 - So the mother is home?

M - 14473 - 7/28/2017 - Anyway of getting some pics?

G - 14474 - 7/28/2017 - Yes the mother's home

M - 14475 - 7/28/2017 - Well anyway of getting some pics?

G - 14476 - 7/28/2017 - I can try okay

M - 14477 - 7/28/2017 - Thanks

M - 14478 - 7/28/2017 - BTW I love watching you eat shit 💩baby! It really turns me on! ☺Thank you so much!!! 😊

G - 14479 - 7/28/2017 - You're welcome but better ones will come OK

M - 14480 - 7/28/2017 - That would be GREAT baby! 👍

M - 14481 - 7/28/2017 - Now get me some pics 😊

COMPLAINT/KELLAR and BURNWORTH - 8
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | M - 14482 - 7/28/2017 - Pics baby??? Maybe some panty shots??? |
| 2 | M - 14483 - 7/28/2017 - If so wrestling with her and pulling them to the side? |
| 3 | M - 14484 - 7/28/2017 - So no pics ☹ |
| 4 | G - 14485 - 7/28/2017 - I know right now but they're gonna come over on Sunday and stay with me for the day Camera man to have something planned and [REDACTED] asked me of they could come and stay with me while they go do what they're doing and I said yes |
| 8 | G - 14486 - 7/28/2017 - Nomad to say no not right now sorry |
| 9 | M - 14487 - 7/28/2017 - What? |
| 10 | M - 14488 - 7/28/2017 - Nothing |
| 11 | M - 14489 - 7/28/2017 - No one pic? |
| 12 | G - 14490 - 7/28/2017 - Honey I'm trying 2 pac and I'm trying to get out of here but if you want pictures of the kids I will do my very best OK |
| 14 | G - 14491 - 7/28/2017 - Sweet I'll have a kids on Sunday at Kerry is no adults just me and the kids |
| 16 | M - 14492 - 7/28/2017 - Well where are the pics??? |
| 17 | G - 14493 - 7/28/2017 - I am sorry I layed my phone down I am here |
| 18 | G - 14494 - 7/28/2017 - I seen that you called |
| 19 | M - 14495 - 7/28/2017 - Yes I did. Where are the pics??? |
| 20 | G - 14496 - 7/28/2017 - I have left the house and I well have the kids on Sunday |
| 21 | G - 14497 - 7/28/2017 - And you can have all the pics you wont |
| 22 | M - 14498 - 7/28/2017 - ☹ |
| 23 | M - 14499 - 7/28/2017 - So what does that mean? Tell me what you are going to do with taking the pics baby? |
| 25 | G - 14500 - 7/28/2017 - Honey you well get pictures I promise and you well get a lot of the videos as well |
| 27 | M - 14501 - 7/28/2017 - Tell me what kind of pics you'll take for me angel? |

COMPLAINT/KELLAR and BURNWORTH - 9
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | M - 14502 - 7/28/2017 - Well??? |
| 2 | G - 14503 - 7/28/2017 - Honey I well start by taking pics of the kids and then |
| 3 | when they fall a sleep I well I will take the little Girl and then I will hold out her |
| 4 | panties and spread her legs and take pictures of her little p**** and then I'll take |
| 5 | my finger and gently rub your p**** Very Jack Knight and then I will take my |
| 6 | Finger and stick it In her p**** and slowly Robert in-and-out and then I will take |
| 7 | her in turnover and Annabelle open upper cheeks he could see her a****** and |
| 8 | then I will stick my finger in her a** I gently rub it and then stick my finger in- |
| 9 | and-out of it |
| 10 | G - 14504 - 7/28/2017 - And then I'll take the boy and I pull down his pants And |
| 11 | stroke his d*** until its heart and then I will put my mouth on his d*** I'm very |
| 12 | gently rub my mouth on it and then I will turn him over its bright his butt cheeks |
| 13 | apart and show you his a****** I will rub his a****** and I will take My finger |
| 14 | and gently put it in-and-out of his Butthole |
| 15 | M - 14505 - 7/28/2017 - Do you really think you can do this or are you just saying |
| 16 | this??? |
| 17 | G - 14506 - 7/28/2017 - No I think I can-do it if I don't have parents over my |
| 18 | shoulder or worried about who's going to walk in on me |
| 19 | G - 14507 - 7/28/2017 - And then on Sunday I will have the kids no parents just |
| 20 | kids |
| 21 | M - 14508 - 7/28/2017 - You'll have to give them lots of Benadryl |
| 22 | G - 14509 - 7/28/2017 - Honey I know |
| 23 | M - 14510 - 7/28/2017 - Do you think I could fuck them? |
| 24 | M - 14511 - 7/28/2017 - Well? |
| 25 | M - 14512 - 7/28/2017 - I take that as a no??? |
| 26 | G - 14513 - 7/28/2017 - No honey I am sorry but know |
| 27 | M - 14514 - 7/28/2017 - What? |

COMPLAINT/KELLAR and BURNWORTH - 10
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | G - 14515 - 7/28/2017 - you ask me if I could f*** the kids I don't think I could |
| 2 | bring myself to do that I'm sorry |
| 3 | M - 14516 - 7/28/2017 - No me |
| 4 | M - 14517 - 7/28/2017 - I thought you said you would suck his little dick and eat |
| 5 | her pussy? |
| 6 | G - 14518 - 7/28/2017 - Yes honey I well do that but I do not think I can have sex |
| 7 | with them |
| 8 | G – 14519 - 7/28/2017 - Sweetheart their 5 in 7 |
| 9 | G - 14520 - 7/28/2017 - Honey is that something you would like to do |
| 10 | G - 14521 - 7/28/2017 - Is f***** the kids |
| 11 | M - 14522 - 7/28/2017 - So you'll suck his little dick and eat her little pussy? |
| 12 | G - 14523 - 7/28/2017 - Yes |
| 13 | M - 14524 - 7/28/2017 - Well isn't that sex? |
| 14 | G - 14525 - 7/28/2017 - Yes oral sex |
| 15 | M - 14526 - 7/28/2017 - So will you do this with me there if you can get them |
| 16 | knocked out with Benadryl? |
| 17 | G - 14527 - 7/28/2017 - Yes I well |
| 18 | M - 14528 - 7/28/2017 - Will you guide my dick in their buttholes? |
| 19 | G - 14529 - 7/28/2017 - Did you wanna come here this weekend You can If you |
| 20 | would like to |
| 21 | G - 14530 - 7/28/2017 - Yes |
| 22 | M – 14531 - 7/28/2017 - You will really do this baby??? |
| 23 | G - 14532 - 7/28/2017 - Yes |
| 24 | M - 14533 - 7/28/2017 - Why? |
| 25 | G - 14534 - 7/28/2017 - Because I know this is something that you would really |
| 26 | like to do-and I would love to do with you |
| 27 | M - 14535 - 7/28/2017 - Would you really? Sometimes I think you just do this for |
| 28 | me! |

COMPLAINT/KELLAR and BURNWORTH - 11
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | G - 14536 - 7/28/2017 - I'm doing it because I want to and I know it's a big party |
| 2 | your fantasies |
| 3 | G - 14537 - 7/28/2017 - Sorry I meant to say big part not party |
| 4 | G - 14538 - 7/28/2017 - Sweetheart are you working on your way home |
| 5 | M - 14539 - 7/28/2017 - Do you think you can knock them out enough with the |
| 6 | Benadryl? |
| 7 | G - 14540 - 7/28/2017 - I don't know what we can sure give it a big try |
| 8 | M - 14541 - 7/28/2017 - Only if you think it will be safe! |
| 9 | M - 14542 - 7/28/2017 - I'd love to butt Fuck her and pull it out with shit on my |
| 10 | dick and have you suck it clean while I was cumming!!! |
| 11 | ////// |
| 12 | M - 14747 - 7/31/2017 - Do you have the kids |
| 13 | M - 14748 - 7/31/2017 - Will I get all the videos today? |
| 14 | G - 14749 - 7/31/2017 - Yes I do |
| 15 | G - 14750 - 7/31/2017 - I am going to have them until Tuesday night |
| 16 | M - 14751 - 7/31/2017 - Can you take some pics of them right now for me? |
| 17 | G - 14752 - 7/31/2017 - Not right now I can't their mother is here bringing me |
| 18 | more clothes But in a little while I can okay |
| 19 | M - 14753 - 7/31/2017 – When |
| 20 | M - 14754 - 7/31/2017 - Can I get all the videos today? |
| 21 | G - 14755 - 7/31/2017 - Yes you can have videos today |
| 22 | G - 14756 - 7/31/2017 - After she leaves I will start doing videos for you OK |
| 23 | /////// |
| 24 | M - 14760 - 7/31/2017 - Can I have the following videos today baby: Dog shit |
| 25 | eating videos Dog sucking videos  Kids videos |
| 26 | M - 14761 - 7/31/2017 - Maybe you can take the dogs outside when she leaves and |
| 27 | video then shitting. Then bring it in the house and make the dog shit eating |
| 28 | videos? |

COMPLAINT/KELLAR and BURNWORTH - 12
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

M - 14762 - 7/31/2017 - Then some of the kids in their underwear?

G - 14763 - 7/31/2017 - Okay

G - 14764 - 7/31/2017 - But she still here

G - 14765 - 7/31/2017 - I will let you know when she leaves OK

M - 14766 - 7/31/2017 - I'm hoping you are going to make all my videos today baby?

G - 14767 - 7/31/2017 - I well make videos of you today☺

M - 14768 - 7/31/2017 - And tonight too?

M - 14769 - 7/31/2017 - Do you have Benadryl?

G - 14770 - 7/31/2017 - Yes I do have Benadryl

18. CV1 and CV2 are both children under the age of twelve. KELLAR is more than twenty-four months older than both CV1 and CV2. Were KELLAR to have engaged in sexual intercourse with either, he would be in violation of RCW 9A.44.073, Rape of a Child in the First Degree.

19. Based on the above facts, I respectfully submit that there is probable cause to believe that MICHAEL KELLAR and GAIL LYNN BURNWORTH committed the offenses charged in this Complaint.

_____
Kyle McNeal, Complainant
Special Agent,
Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense(s) set forth in the Complaint.

Dated this ____ day of August, 2017.

_____
J. RICHARD CREATURA
United States Magistrate Judge

COMPLAINT/KELLAR and BURNWORTH - 13
MJ17-

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970